Matthew P. Minser, Esq. (SBN 296344)
SALTZMAN & JOHNSON LAW CORPORATION
1141 Harbor Bay Parkway, Suite 100
Alameda, CA 94502
Telephone: (510) 906-4710
Email: mminser@sjlawcorp.com

Attorneys for Plaintiffs, Operating Engineers'
Health And Welfare Trust Fund for Northern California, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CRANE SPEC, INC., a California Corporation; JOSHUA HOLT, an individual,<br><br>Defendants. | Case No.: 4:21-cv-09649-HSG<br><br>**REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; ORDER THEREON**<br><br>Date:   March 15, 2022<br>Time:  2:00 p.m.<br>Ctrm:  Courtroom 2, 4th Floor<br>         1301 Clay Street<br>         Oakland, CA<br>Judge: Hon. Haywood S. Gilliam |

Plaintiffs respectfully request that the Case Management Conference, currently on calendar for March 15, 2022, be continued for approximately sixty (60) days. Good cause exists for the granting of a continuance, as follows:

1.     As the Court's records will reflect, Plaintiffs filed a Complaint in this matter on December 14, 2021 (Dkt. #1). Crane Spec, Inc. a California Corporation and Joshua Holt, an individual, (Defendants) were personally served on January 3, 2022, by substitute service with service effectuated 10 days later on January 13, 2022, and a Proof of Service of Summons was filed with the Court on January 25, 2022 (Dkt. #11).

2. Following service, Plaintiffs were contacted by Defendants and are currently in discussions with Plaintiffs to resolve the matter. To that effect, Defendants have agreed to enter into a stipulated judgment incorporating a payment plan to resolve the amounts due. Plaintiffs are currently in the process of drafting the stipulated judgment for Defendants' review.

3. As no Answer or other response has been filed, and as the Parties have made progress to resolve the matter, there are no issues that need to be addressed by the Parties at the currently scheduled Case Management Conference. In the interest of conserving costs, as well as the Court's time and resources, the Parties respectfully request that the upcoming Case Management Conference be continued for approximately sixty (60) days, to allow sufficient time for Defendants to enter into the stipulated judgment.

Respectfully submitted,

DATED: March 7, 2022

**SALTZMAN & JOHNSON LAW CORPORATION**

By: _____/s/_____
Matthew P. Minser
Attorneys for Plaintiffs

IT IS SO ORDERED.

The currently set Case Management Conference is hereby continued to May 17, 2022 at 2:00 p.m., and all previously set deadlines and dates related to this case are continued accordingly.

DATED: March 8, 2022

_/s/ Haywood S. Gilliam Jr._
UNITED STATES DISTRICT COURT JUDGE HAYWOOD S. GILLIAM, JR.